APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.

Sentencing in this case is hereby rescheduled to September 13, 2024 at 10:00 a.m.

Dated: August 9, 2024

CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW
~
Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

August 8, 2024

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re: Request for Continuance of Sentence**
***United States v. Angel Montanez*, 23-cr-306 (VSB)**

Dear Judge Broderick,

    Angel Montanez is currently scheduled to be sentenced on August 30, 2024 at 2:00 p.m. I respectfully request that the sentencing date be continued to the week of September 9, 2024, at a time that is convenient to the Court.

    The reason for this request is that I did not realize, at the time the sentencing date was set, that August 30 was the beginning of the Labor Day weekend. I had already made plans with my extended family to be in Massachusetts at that time. The dates were not clear in my mind when the sentence was scheduled, but I will be away beginning on Thursday, August 29 and will return by Tuesday, September 3.

    I have spoken to AUSA Josiah Pertz regarding this request, and he consents to the continuance.

    Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc: AUSA Josiah Pertz (via ECF)