# ABATE & PREUSS
## ATTORNEYS AT LAW

333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

October 26, 2024

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Request for Extension of Surrender Date**
*United States v. Angel Montanez,* **23 Cr. 306 (VSB)**

Dear Judge Broderick:

    Angel Montanez has not yet been designated to a Bureau of Prisons (BOP) facility. His current surrender date, scheduled at the time of sentence, is October 29, which is this coming Tuesday.

    Mr. Montanez – and myself – have been anxiously awaiting the notice of designation. I spoke on Thursday, via email, to Christina Ramos, who is the contact with BOP, and she advised me that Mr. Montanez has not yet been designated. She promised to expedite the designation, but at this point I am concerned about the delay and am concerned that it will happen on Monday.

    If the BOP does not designate Mr. Montanez to a facility by close of business Monday, then I respectfully request that Mr. Montanez's surrender date be extended for a reasonable period to allow the designation to take place. I don't know how long that would be; it has already been six weeks since the imposition of judgment on September 13, 2024. I respectfully suggest November 29, 2024, giving the BOP another month to make the designation.

    I have spoken to AUSA Josiah Pertz about this matter, and he consents to the extension of surrender date if the BOP has not designated Mr. Montanez by the end of business on Monday, October 28.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

---

Mr. Montanez's surrender date is hereby extended to December 3, 2024. If Mr. Montanez is designated to a Bureau of Prisons facility prior to December 3, 2024, Mr. Montanez's surrender date may be accelerated.

Dated: October 28, 2024

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE