```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   23 Cr. 306-1 (VSB)
        -against-                     :
                                      :   ORDER
Angel Montanez                        :
                                      :
        Defendant                     :
                                      :
--------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

It is hereby ORDERED the defendant's bail is modified as follows:

1. The defendant's surrender date is accelerated to November 14, 2024, following his designation to a BOP facility; and

2. Pretrial Services is permitted to remove the defendant's ankle monitor on November 13, 2024, in preparation for his surrender.

    Dated: New York, New York
           November 8, 2024

                                    SO ORDERED:

                                    _____
                                    VERNON S. BRODERICK
                                    United States District Judge