UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,          :
                                       :

      -v-                           :                          23-CR-306 (VSB)
                                         :

ANGEL MONTANEZ,               :                             **ORDER**
                                         :

                         Defendant.    :

                                         :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

         I received an email to my chambers email box from Angel Montanez requesting relief "from [his] current counseling and mental health service requirements," which were imposed as Special Conditions of Montanez's supervised release.  (Doc. 34 at 5.)  On May 18, 2026, a member of my staff forwarded a copy of Montanez's email to Camille Abate, the Probation Office and the United States Attorney's Office for the Southern District of New York ("USAO"). It is hereby:

         ORDERED, that the Probation Office and the USAO provide their respective positions concerning Montanez's request by May 25, 2026.

SO ORDERED.

Dated:     May 18, 2026
           New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge